| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | PHILIP N. TANKOVICH |
| | Special Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-po-00220-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| BRANDON QUIROZ-CRUZ, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice, without prejudice.

DATED:  October 1, 2020                                  Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:     /s/ Philip N. Tankovich
        PHILIP N. TANKOVICH
        Special Assistant U.S. Attorney

**O R D E R**

1
2  IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.
3
4  IT IS SO ORDERED.
5  Dated: __**October 1, 2020**__
6                                                                                    UNITED STATES MAGISTRATE JUDGE